[Cite as *Vairaktarkis v. Celebrezze*, 2022-Ohio-3746.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

| | | |
|---|---|---|
| ELENA VAIRAKTARAKIS, | : | |
| Relator, | : | |
| | : | No. 111796 |
| v. | : | |
| JUDGE LESLIE A. CELEBREZZE, | : | |
| Respondent. | : | |

JOURNAL ENTRY AND OPINION

**JUDGMENT:** COMPLAINT DISMISSED
**RELEASED AND JOURNALIZED:** October 17, 2022

Writ of Procedendo
Order No. 558889
Motion No. 557730

*Appearances:*

Milano Attorneys & Counselors at Law, Jay Milano, and Kate Pruchnicki, *for relator*.

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Nora E. Poore, Assistant Prosecuting Attorney, *for respondent*.

MARY J. BOYLE, J.:

{¶ 1} On July 29, 2022, the relator, Elena Vairaktarakis, commenced this procedendo action against the respondent, Judge Leslie A. Celebrezze, to compel the judge to rule on motions to vacate a custody order filed in the underlying case,

*Vairaktarakis v. Vairaktarakis,* Cuyahoga C.P. No. DR-21-383739, filed on May 10, 2021, and September 9, 2021. The relator also sought a ruling on a March 22, 2022 motion to set aside a void judgment. On August 30, 2022, the respondent filed a motion to dismiss for mootness. Attached to the motion were certified copies of August 18, 2022 journal entries denying all of the subject motions. The relator never filed a response. The attached orders establish that the respondent judge has proceeded to judgment on the subject matters and that the relator has received her requested relief, orders resolving the outstanding motions. This matter is moot.

{¶ 2} Accordingly, this court grants the respondent's motion to dismiss and dismisses the application for a writ of procedendo. Respondent to pay costs. This court directs the clerk of courts to serve all parties notice of the judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶ 3} Complaint dismissed.

_____
MARY J. BOYLE, JUDGE

ANITA LASTER MAYS, P.J., and
LISA B. FORBES, J., CONCUR